RULE 1005.  PRETRIAL APPLICATION FOR RELIEF.

(A)  All pretrial applications for relief including those for suppression of evidence may be made orally or in writing.  If in writing, a copy of the application shall be submitted prior to trial to the attorney for the Commonwealth.

(B)  Pretrial applications shall be heard on the day set for trial immediately prior to the trial.  If the decision is adverse to the Commonwealth, the Court shall grant the Commonwealth a continuance upon motion of the attorney for the Commonwealth to give the attorney for the Commonwealth the opportunity to take an appeal.

(C)  The Commonwealth's appeal shall be taken not later than 30 days from the date of the decision on the pretrial application.

**(D)  After an appeal pursuant to this rule is filed, and the Commonwealth has certified in the notice of appeal that the order will terminate or substantially handicap the prosecution, the Municipal Court shall take no further action in the case, unless otherwise provided in these rules.**

> NOTE:  Rule 6005 adopted December 30, 1968, effective January 1, 1969; amended July 1, 1980, effective August 1, 1980; renumbered Rule 1005 and amended March 1, 2000, effective April 1, 2001 **[.] ; amended November 9, 2017, effective  January 1, 2018.**

\*          \*          \*          \*          \*          \*

> *COMMITTEE EXPLANATORY REPORTS:*
>
> *Final Report explaining the March 1, 2000 reorganization and renumbering of the rules published with the Court's Order at 30 Pa.B. 1478 (March 18, 2000).*
>
> *Final Report explaining the November 9, 2017 amendment regarding the effect that taking an appeal has on the ability of the Municipal Court to take further action in a case published with the Court's Order at 47 Pa.B.  (      , 2017).*

RULE 1006.  NOTICE OF RIGHT TO APPEAL OR TO PETITION FOR *CERTIORARI;* GUILTY PLEA CHALLENGE PROCEDURE.

**(A)** Immediately after the imposition of sentence, the judge shall inform the defendant:

(1)  in the case of a trial and verdict of guilty:

(a)  of the right to file a petition for a writ of *certiorari* within 30 days without costs or to appeal for trial *de novo* within 30 days without costs;

(b)  of the right to jury trial on appeal; and

(c)  that the charge on which the defendant was found guilty in the Municipal Court will be considered by the district attorney as the basis for the preparation of an information after the filing of the notice of appeal;

(2)  in the case of a plea of guilty:

(a)  of the right to file a motion challenging the validity of the plea or the denial of a motion to withdraw the plea;

(b)  of the 10-day time limit within which such motion must be filed;

(c)  of the right to be represented by counsel in preparing and litigating the motion and to have counsel appointed in the event the defendant is unable to afford counsel;

(d)  of the right to appeal from the final order disposing of the motion within 30 days after such order;

(e)  that only the claims raised in the motion may be raised on appeal; and

(3)  in any case, of the right to counsel to represent the defendant on appeal and of the right to have counsel appointed to represent the defendant on appeal in the event the defendant is unable to afford counsel.

**(B) After a petition for writ of *certiorari* or notice of appeal for trial *de novo* is filed, the Municipal Court shall take no further action in the case, unless otherwise provided in these rules.**

COMMENT:  For the right to file a petition for a writ of *certiorari* to the court of common pleas, see Article V, Section 26 of the Pennsylvania Constitution, and the Judicial Code, 42 Pa.C.S. § 934.  *See also Commonwealth v. Speights*, 509 A.2d 1263 (Pa. Super. 1986) (petition challenging sufficiency of the evidence), and *Commonwealth v. Frazier*, 471 A.2d 866 (Pa. Super. 1984) (petition alleging that judge erred in denying motion to suppress).  *Certiorari* is available in non-summary cases only.  *Compare* Rule 460.

NOTE:  Rule 6006 adopted December 30, 1968, effective January 1, 1969; amended July 1, 1980, effective August 1, 1980; amended February 21, 1996, effective July 1, 1996; renumbered Rule 1006 and amended March 1, 2000, effective April 1, 2001 **[.] ; amended November 9, 2017, effective January 1, 2018.**

\*          \*          \*          \*          \*          \*

*COMMITTEE EXPLANATORY REPORTS:*

*Final Report explaining the February 21, 1996 amendments published with the Court's Order at 26 Pa.B. 991 (March 9, 1996).*

*Final Report explaining the March 1, 2000 reorganization and renumbering of the rules published with the Court's Order at 30 Pa.B. 1478 (March 18, 2000).*

*Final Report explaining the November 9, 2017 amendment regarding the effect that taking an appeal has on the ability of the Municipal Court to take further action in a case published with the Court's Order at 47 Pa.B.  (       , 2017).*

RULE 1007.  CHALLENGE TO GUILTY PLEA.

(A)  A motion challenging the validity of a guilty plea or the denial of a motion to withdraw a guilty plea shall be in writing and shall be filed with the sentencing judge within 10 days after imposition of sentence.  The motion shall be disposed of promptly.

(B)  Execution of sentence shall be stayed and the amount of bail previously determined shall continue until disposition of the motion.

(C)  The attorney for the Commonwealth shall be given notice of the motion and an opportunity to respond.  The judge may schedule a hearing on the motion.

(D)  Upon entry of a final order denying the motion, the judge shall inform the defendant of the right to appeal the order to the Court of Common Pleas within 30 days after the date of the order.

**(E)  After an appeal pursuant to this rule is filed, the Municipal Court shall take no further action in the case, unless otherwise provided in these rules.**

> COMMENT:  The procedures applicable to the taking and the withdrawal of a plea of guilty are set forth in Rules 590 and 591.
>
> This rule is intended to provide the exclusive procedure for challenging the validity of a guilty plea or the denial of a motion to withdraw a plea.  For a discussion of the general principles underlying the rule, see the Comment to Rule 720.
>
> NOTE:  Rule 6007 adopted July 1, 1980, effective August 1, 1980; amended March 22, 1993, effective January 1, 1994; renumbered Rule 1007 and amended March 1, 2000, effective April 1, 2001 **[.]** **; amended November 9, 2017, effective January 1, 2018.**

\*          \*          \*          \*          \*          \*

*COMMITTEE EXPLANATORY REPORTS:*

*Final Report* explaining the March 22, 1993 amendments published with the Court's Order at 23 Pa.B. 1699 (April 10, 1993).

*Final Report* explaining the March 1, 2000 reorganization and renumbering of the rules published with the Court's Order at 30 Pa.B. 1478 (March 18, 2000).

*Final Report explaining the November 9, 2017 amendment regarding the effect that taking an appeal has on the ability of the Municipal Court to take further action in a case published with the Court's Order at 47 Pa.B. (        , 2017).*